UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDY LEA RUDDER,

                Plaintiff,

v.

D.A.R.E. AMERICA PROGRAM, *et al.*,

                Defendants.

Case No. C24-5560-RSM

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court hereby FINDS and ORDERS:

(1)    The Court adopts the Report and Recommendation, Dkt. #11.

(2)    Plaintiff's Complaint, Dkt. #5, and this action are DISMISSED, with prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B).

(3)    The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

(4)    This case is CLOSED.

(5)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

ORDER OF DISMISSAL - 1

DATED this 27th day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2